EDWIN GOULD, Respondent, v. LIDA M. FLEITMANN, as Administratrix of the Estate of F. AUGUSTUS HEINZE, Deceased, Appellant.

*Gould* v. *Fleitmann*, 172 App. Div. 950, affirmed.

(Argued March 13, 1918; decided March 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1916, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought upon a promissory note maturing January 8, 1908, made by F. Augustus Heinze, the defendant's intestate, upon which payments had been made, leaving an unpaid balance of $900,284.25, with interest from January 8, 1908. The answer admitted the making and delivery of the note, but denied that it was made for value and that payments had been made on account. As a separate defense the answer set up that the plaintiff in pursuance of a fraudulent scheme induced Charles W. Morse and Miles M. O'Brien to sell to Heinze, Mercantile National Bank stock belonging to the plaintiff and his friends, and that the note in suit dated July 8, 1907, was a renewal of a note dated January 8, 1907, which was delivered upon the false representations of Morse and O'Brien as Gould's agents in the sale of the stock.

*Edgar T. Brackett* for appellant.

*Alton B. Parker* and *Emery H. Sykes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.